EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br> En ocasión del deceso del Hon. Baltasar Corrada del Río ex Juez Asociado | 2018 TSPR 90 <br><br> 200 DPR ____ |

Número del Caso:  EM-2018-08


Fecha: 21 de marzo de 2018


Materia:  Resolución del Tribunal



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

En ocasión del deceso del    EM-2018-08
Hon. Baltasar Corrada del
Río, ex Juez Asociado

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de marzo de 2018.

El 11 de marzo de 2018, falleció el Hon. Baltasar Corrada del Río, quien desde el 1995 hasta el 2005 ocupó el cargo constitucional de Juez Asociado de este Tribunal.

El Hon. Corrada del Río nació en Morovis el 10 de abril de 1935, hijo de Rómulo Corrada y Ana María del Río. Es el segundo de una familia de catorce hermanos. Cursó estudios universitarios en la Universidad de Puerto Rico, donde obtuvo un Bachillerato en Ciencias Sociales en 1956. Recibió el grado de Juris Doctor de la Facultad de Derecho de la Universidad de Puerto Rico en 1959.

Comenzó su práctica legal en el sector privado como socio en un Bufete de la Capital desde el 1959 hasta el 1975. En 1969 comenzó su carrera en el servicio público cuando se le designó como miembro de la Comisión de Derechos Civiles, entidad que presidió hasta el 1972. En 1970 el Tribunal Supremo de Puerto Rico lo nombró a la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía.

A partir de 1976 ocupó varios puestos electivos. El primero como Comisionado Residente de Puerto Rico ante el Congreso de los Estados Unidos. En 1980 fue reelecto para un nuevo término en dicho cargo. El ex Juez Corrada del Río, siendo Comisionado Residente, fue co-fundador del Caucus de Congresistas Hispanos y del Instituto de Congresistas Hispanos de los Estados Unidos.

En 1984 fue electo al cargo de Alcalde de San Juan, puesto que ocupó hasta el 1989. Durante su incumbencia fue Presidente de la Fundación Interamericana de Ciudades y en 1987 el rey Juan Carlos I de España le confirió la Gran Cruz de la Orden del Mérito.

El ex Juez Corrada del Río se distinguió por ser Fundador de organizaciones importantes tales como el Instituto Teleradial de Ética de Puerto Rico (INTRE) en 1984 y de la Fundación Pro Juventud Libre de Drogas en 1987.

El 2 de enero de 1993 fue designado Secretario de Estado, cargo que ocupó hasta el 15 de julio de 1995, cuando el entonces Gobernador, Hon. Pedro Rosselló González, lo nombró Juez Asociado del Tribunal Supremo de Puerto Rico.

Corrada del Río asumió el cargo de Juez Asociado el 18 de julio de 1995 y cesó en sus funciones el 10 de abril de 2005, cumpliendo con el mandato Constitucional respecto a la jubilación compulsoria.

Sobre su función judicial, el ex Juez Corrada del Río expresó: "La función más alta que tiene esta Curia es la de interpretar nuestra ley suprema, la Constitución. No puede uno desentenderse livianamente de la responsabilidad que el cargo impone de formar parte del cuerpo judicial colegiado de siete jueces que examina e interpreta los derechos fundamentales de los que convivimos en esta tierra." *Ramirez de Ferrer v. Mari Bras*, 142 D.P.R. 941 (1997). Su carrera como jurista, por casi diez años, fue una fructífera, suscribiendo un total de trescientas doce (312) opiniones y sentencias.

Al momento de su retiro sus compañeros Jueces y Juezas del Tribunal Supremo destacaron sus múltiples cualidades como ser humano y compañero de labores. Entre estas, su trato respetuoso, amable y sensible, su espíritu conciliador y buen humor, su alto sentido de responsabilidad y justicia. Estas cualidades le ganaron el respeto y afecto de sus pares y de todos los funcionarios de la Rama Judicial.

Este Tribunal reconoce el valioso e incansable servicio prestado por el ex Juez Corrada del Río a su país y su defensa de la independencia judicial como piedra angular de un sistema

democrático de gobierno robusto. Con su obra jurídica, su proceder y ejemplo, honró la toga y esta Rama de Gobierno y el país le estamos infinitamente agradecidos.

Le expresamos nuestras condolencias a su hija Ana Isabel Corrada Betances y a sus hijos Francisco Javier Corrada Betances, Juan Carlos Corrada Betances y José Baltasar Corrada Betances, así como a sus demás familiares y amistades, ante tan sensible pérdida.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo